PER CURIAM.

(No. 73—CC—33

FEHRENBACK CHEVROLET, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed April 11, 1973.*

FEHRENBACK CHEVROLET, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—39

MARGARET A. McGRATH, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 11, 1973.*

MARGARET A. McGRATH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.